THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Dennis E. Selmon, Appellant.
 
 
 

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-619
Submitted December 1, 2005  Filed December 9, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
 Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, and Deputy Director for Legal Services Teresa A. Knox, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Dennis E. Selmon appeals his convictions and sentences for two counts of distribution of cocaine and one count of distribution of cocaine within the proximity of a school.  Selmon also appeals his conviction and sentence for one count of distribution of cocaine.  Selmons counsel argues the plea court failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), because Selmon was not informed he could have alleged certain defenses, including entrapment.  Counsel for Selmon attached to the final brief a petition to be relieved as counsel.  Selmon did not file a separate pro se response.
After a thorough review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Selmons appeal and grant counsels petition to be relieved.[1]  
APPEAL DISMISSED.
STILWELL, KITTREDGE, and WILLIAMS, JJ., concur.

[1]        We decide this case without oral argument pursuant to Rule 215, SCACR.